**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| IN RE: ADOPTION OF J.R.W. | : No. 265 WAL 2018 |
| | : |
| | : |
| PETITION OF: J.D.W., NATURAL FATHER | : Petition for Allowance of Appeal from : the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 24th day of August, 2018, the Petition for Allowance of Appeal is **DENIED**.